THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES FALZONE, Appellant.—

Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM A. JACKSON, Appellant.—

Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THEODORE R. KRZYWOSZ, Appellant.—

Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GINO S. TRINCI, Appellant.—

Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.

In the Matter of ROCHESTER HISTORICAL SOCIETY, INC., et al., Appellants, et al., Petitioners, v. HARRY B. CROWLEY et al., Constituting the Zoning Board of Appeals of the City of Rochester, et al., Respondents, and ALEX-PARK, INC., Intervenor-Respondent-Appellant.—

Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.